UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

LaShan Arceneaux

v.                                            Case Number: 4:17−cv−03234

Klein Oak ISD, et al.

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 2/20/2018

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:   January 29, 2018

David J. Bradley, Clerk