IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARI OLIVER, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | |
| § | | |
| KLEIN INDEPENDENT SCHOOL DIST., § | | |
| BRET CHAMPION, *individually*, § | | |
| BRIAN GREENEY, *individually*, § | | |
| THOMAS HENSLEY, *individually*, § | Civil Action No. 4:17-cv-3234 | |
| KIMBERLY WALTERS, *individually*, § | | |
| LANCE ALEXANDER, *individually*, § | | |
| BENJIE ARNOLD, *individually*, § | | |
| ANGIE RICHARD, *individually*, § | | |
| STEPHEN NAETZKER, *individually*, and § | | |
| JENNIFER WALTON, *individually*, § | | |
| § | | |
| Defendants. § | | |

**APPENDIX TO DEFENDANTS' JOINT MOTION FOR RECONSIDERATION OF THE COURT'S PROHIBITION ON MOTIONS FOR SUMMARY JUDGMENT AND REQUEST FOR AN EXPEDITED RULING**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Defendants in the above-styled and numbered cause and file this Appendix to their Joint Motion for Reconsideration of the Court's Prohibition on Motions for Summary Judgment and Request for an Expedited Ruling.

**APPENDIX**

| **Description** | **Page No.** |
|---|---|
| Deposition of LaShan Arceneaux (excerpts) | 001-004 |
| Deposition of Mari Oliver (excerpts) | 005-008 |

Respectfully submitted,

/s/ Francisco J. Valenzuela
**THOMAS P. BRANDT**
  State Bar No. 02883500
  tbrandt@fhmbk.com
**FRANCISCO J. VALENZUELA**
  State Bar No. 24056464
  fvalenzuela@fhmbk.com
**CAROLINE SILEO**
  State Bar No. 24091651
  csileo@fhmbk.com

**FANNING HARPER MARTINSON**
  **BRANDT & KUTCHIN, P.C.**
Two Energy Square
4849 Greenville Ave., Suite 1300
Dallas, Texas 75206
(214) 369-1300 (office)
(214) 987-9649 (telecopier)

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served to all parties of record, in compliance with Rule 5 of the Federal Rules of Civil Procedure, on the 12th day of December, 2019.

/s/ Francisco J. Valenzuela
**FRANCISCO J. VALENZUELA**

Videotaped Deposition of LaShan Arceneaux

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LaSHAN ARCENEAUX, Individually and as next friend of M.O., a minor | ) ) ) ) |
| vs. | ) CIVIL ACTION NO. 4:17-CV-3234 ) |
| KLEIN INDEPENDENT SCHOOL DISTRICT, ET AL | ) ) JURY TRIAL |

ORAL VIDEOTAPED DEPOSITION

LASHAN ARCENEAUX

December 4, 2018

ORAL VIDEOTAPED DEPOSITION OF LASHAN ARCENEAUX, produced as a witness at the instance of Defendants Klein Independent School District, Brent Champion, Brian Greeney, Thomas Hensley, Kimberly Walters and Lance Alexander and duly sworn, was taken in the above-styled and numbered cause on the 3rd day of December, 2018, from 8:58 a.m. to 3:57 p.m., before Teresa Bentley, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Kallinen Law, PLLC, 511 Broadway, Houston, Harris County, Texas, pursuant to Notice, the Federal Rules of Civil Procedure, signature of the witness being requested.

Infinity Reporting Group, LLC
Office:  832-930-4484  Fax:  832-930-4485

001

Videotaped Deposition of LaShan Arceneaux

Page 86

1  beginning tape No. 2.  The time is 10:51.
2      Q.   Ms. Arceneaux, have you told me about every
3  time that you can recall meeting with Mr. Hensley?
4      A.   I'm not sure.
5      Q.   Okay.  Well, then, tell me about every time
6  that you met with him.
7      A.   I'm not sure of every time I met with him.
8      Q.   Okay.  Have you told me about every time that
9  you've met with him that you can recall?
10     A.   Yes.
11     Q.   Okay.  Now, when you met with Dr. Greeney in
12 the summer of 2016, he told you that your daughter did
13 not need to stand for the pledge if you submitted a
14 written request, right?
15     A.   I don't believe he mentioned a written request.
16     Q.   Did you hear Mari talk about that yesterday,
17 that he told you in that meeting that all you had to do
18 was submit a written request?
19     A.   I don't recall him specifically saying that.
20 I -- I remember being aware of it sometime during her
21 senior year, but at that point, in my mind, I thought
22 they already knew of my desire or my acceptance of her,
23 you know, sitting for the pledge because it had been an
24 ongoing thing.
25     Q.   Okay.  Did you ever submit at any time that

Electronically signed by Teresa Bentley (201-073-355-9548)                                33adc756-6e8d-4464-bb0a-307c20aa1bc0

Videotaped Deposition of LaShan Arceneaux

Page 87

1   Mari attended Klein Oak, did you ever submit a written
2   request that Mari not stand for the pledge or be excused
3   from doing the pledge?
4       A.   No.  No one ever requested it from me.
5       Q.   And if Mari says that you were informed that
6   that's what you needed to do at that meeting --
7       A.   Let me clarify.  No one ever specifically came
8   back.  So, if he mentioned in that meeting, I am not
9   sure.  But there was not a time where someone
10  specifically came back to me and said, "Hey, this will
11  be alleviated if you submit this."  That never happened.
12  Because, obviously, I would have done said "Oh, okay.
13  Let me write that."
14      Q.   Did you ever look up the policy yourself?
15      A.   I did not.
16      Q.   Okay.  At any time that Mari was at Klein Oak
17  when you believe her civil rights were being violated
18  for not being allowed to stand for the pledge, you never
19  looked up to see what the policy was?
20      A.   I looked in the student handbook and the parent
21  handbook and I don't believe that either one of them
22  spelled that out, if that makes sense.  So, that was one
23  of my things that I had mentioned to Dr. Greeney was,
24  you know, put it in the student or parent handbook
25  because then -- that's what -- that's what we sign at

Infinity Reporting Group, LLC
Office:   832-930-4484   Fax:   832-930-4485

003

Electronically signed by Teresa Bentley (201-073-355-9548)   33adc756-6e8d-4464-bb0a-307c20aa1bc0

Videotaped Deposition of LaShan Arceneaux

Page 302

1  STATE OF TEXAS

2  COUNTY OF HARRIS

3

4              REPORTER'S CERTIFICATE

5     ORAL VIDEOTAPED DEPOSITION OF LASHAN ARCENEAUX

6                  December 4, 2018

7

8     I, the undersigned Certified Shorthand Reporter in

9  and for the State of Texas, certify that the facts

10 stated in the foregoing pages are true and correct.

11     I further certify that I am neither attorney or

12 counsel for, related to, nor employed by any parties to

13 the action in which this testimony is taken and,

14 further, that I am not a relative or employee of any

15 counsel employed by the parties hereto or financially

16 interested in the action.

17     SUBSCRIBED AND SWORN TO under my hand and seal of

18 office on this the _____ day of _____,

19 _____.

20

21                          _____

22                          Teresa Bentley, CSR
                            Texas CSR 3520
23                          Expiration: 12/31/19
                            INFINITY REPORTING GROUP, LLC
24                          11231 Richmond Avenue
                            Suite D110
25                          Houston, Texas  77082

Infinity Reporting Group, LLC
Office: 832-930-4484   Fax: 832-930-4485

Electronically signed by Teresa Bentley (201-073-355-9548)         33adc756-6e8d-4464-bb0a-307c20aa1bc0

Videotaped Deposition of M. O.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

```
LaSHAN ARCENEAUX,           )
Individually and as next    )
friend of M.O., a minor     )
                            )
vs.                         )CIVIL ACTION NO. 4:17-CV-3234
                            )
KLEIN INDEPENDENT           )
SCHOOL DISTRICT, ET AL      )      JURY TRIAL
```

ORAL VIDEOTAPED DEPOSITION

M.O.

December 3, 2018

ORAL VIDEOTAPED DEPOSITION OF M.O., produced as a witness at the instance of Defendants Klein Independent School District, Brent Champion, Brian Greeney, Thomas Hensley, Kimberly Walters and Lance Alexander and duly sworn, was taken in the above-styled and numbered cause on the 3rd day of December, 2018, from 9:08 a.m. to 5:58 p.m., before Teresa Bentley, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Kallinen Law, PLLC, 511 Broadway, Houston, Harris County, Texas, pursuant to Notice, the Federal Rules of Civil Procedure, signature of the witness being requested.

Infinity Reporting Group, LLC
Office:  832-930-4484   Fax:  832-930-4485

005

Videotaped Deposition of M. O.

Page 130

1   to leave the school grounds.
2       Q.   You think that's because you weren't standing
3   for the pledge that -- that she was treating you that
4   way?
5       A.   There was no other thing that could have been,
6   so....
7       Q.   Okay.  Did you ever look up the school district
8   policy about the pledge of allegiance?
9       A.   I know I saw in the student handbook that it
10  said that like they did it every day along with a moment
11  of silence, but I never looked any further than that
12  regarding Klein Oak, if that makes sense.
13      Q.   You saw -- did you see where it -- where it --
14  if -- that the district can excuse a student from
15  reciting a pledge of allegiance if they've gotten a
16  student's written -- there's a written request received
17  from the student's parent or guardian?  Did you know
18  about that?
19      A.   I found out about that my junior year in the
20  meeting with Dr. Greeney.
21      Q.   Okay.  And had y'all, prior to that, ever
22  turned in any kind of written request --
23      A.   No.
24      Q.   -- that you be excused from standing for the
25  pledge?

Infinity Reporting Group, LLC
Office:  832-930-4484   Fax:  832-930-4485

006

Videotaped Deposition of M. O.

Page 131

1     A.   No.
2     Q.   Did you turn one in then?
3     A.   No.
4     Q.   Did you ever turn in one?
5     A.   I don't recall.
6          (Exhibit No. 2 marked)
7     Q.   Let me hand to you what I've marked as M.O.
8  Exhibit 2.  Is that the doctor's note, the forged
9  doctor's note, that your mom turned in?
10    A.   I don't know.
11    Q.   You don't know what doctor it was that she had
12 forged the signature on?
13    A.   No.  I remember -- I know the doctor, but I
14 didn't see the note.
15    Q.   Okay.  Is that the right doctor, then?
16    A.   Yes.
17    Q.   Okay. Okay.  And -- never mind.
18         MR. GROVER:  I don't think I have any
19 further questions for you, Ms. Olive.  I'll pass the
20 witness.
21         MR. VALENZUELA:  Let's go off the record
22 for a little bit.
23         THE VIDEOGRAPHER:  We're going off the
24 record.  The time is 11:56 a.m.
25         (Luncheon recess)

Infinity Reporting Group, LLC
Office:  832-930-4484  Fax:  832-930-4485

007

Videotaped Deposition of M. O.

Page 350

```
 1   STATE OF TEXAS

 2   COUNTY OF HARRIS

 3

 4                REPORTER'S CERTIFICATE

 5            ORAL VIDEOTAPED DEPOSITION OF M.O.

 6                   December 3, 2018

 7

 8       I, the undersigned Certified Shorthand Reporter in

 9   and for the State of Texas, certify that the facts

10   stated in the foregoing pages are true and correct.

11       I further certify that I am neither attorney or

12   counsel for, related to, nor employed by any parties to

13   the action in which this testimony is taken and,

14   further, that I am not a relative or employee of any

15   counsel employed by the parties hereto or financially

16   interested in the action.

17       SUBSCRIBED AND SWORN TO under my hand and seal of

18   office on this the _____ day of _____,

19   _____.

20

21                             _____

22                             Teresa Bentley, CSR
                               Texas CSR 3520
23                             Expiration:  12/31/19
                               INFINITY REPORTING GROUP, LLC
24                             11231 Richmond Avenue
                               Suite D110
25                             Houston, Texas  77082
```

Infinity Reporting Group, LLC
Office:  832-930-4484   Fax:  832-930-4485

Electronically signed by Teresa Bentley (201-073-355-9548)   5638e06d-149d-4300-a98b-8a5303491d4f