United States District Court
Southern District of Texas
**ENTERED**
December 16, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LASHAN ARCENEAUX, individually, and as next friend of M.O., a minor, and MARI LEIGH OLIVER, | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-17-3234 |
| KLEIN OAK INDEPENDENT SCHOOL DISTRICT, *et al.*, | § § § § | |
| Defendants. | § | |

## SECOND AMENDED SCHEDULING AND DOCKET CONTROL ORDER

The court grants the defendants' joint motion for leave to move for summary judgment (Docket Entry No. 105). The disposition of this case will be controlled by the following amended schedule:

1. December 31, 2019     **COMPLETION OF DISCOVERY**
   Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

2. January 31, 2020     **DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

3. February 21, 2020     **PLAINTIFFS' RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT**

4. February 28, 2020     **DEFENDANTS' REPLIES IN SUPPORT OF SUMMARY JUDGMENT**

5. March 6, 2020     **ORAL ARGUMENT ON SUMMARY JUDGMENT**
   Argument will be held at 8:30 a.m. in Courtroom 11-B, United States Courthouse, 515 Rusk Street, Houston, Texas.

6.     May 8, 2020      **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**
The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules.

7.     May 15, 2020      **DOCKET CALL**
Docket Call will be held at 8:30 a.m. in Courtroom 11-B, United States Courthouse, 515 Rusk Street, Houston, Texas. No documents filed within 7 days of the Docket Call will be considered. Pending motions may be ruled on at docket call, and the case will be set for trial as close to the docket call as practicable.

8. Additional orders relating to disclosures, discovery, or pretrial motions:

Any party wishing to make any discovery motions should arrange for a premotion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-motion conference. Notify your adversary of the date and time for the conference.

The parties agree to submit attorney's fees issues to the court by affidavit after liability and damages are resolved.

SIGNED on December 13, 2019, at Houston, Texas.

                                                    Lee H. Rosenthal
                                                    Chief United States District Judge