IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARI OLIVER, | )( |
| | )( |
| Plaintiff, | )( |
| | )( |
| v. | )( |
| | )( |
| KLEIN INDEPENDENT SCHOOL DIST., | )( |
| BRET CHAMPION, *individually*, | )( |
| BRIAN GREENEY, *individually*, | )( Civil Action No.: 4:17-cv-3234 |
| THOMAS HENSLEY, *individually*, | )( |
| KIMBERLY WALTERS, *individually*, | )( |
| LANCE ALEXANDER, *individually*, | )( |
| BENJIE ARNOLD, *individually*, | )( |
| ANGIE RICHARD, *individually*, | )( |
| STEPHEN NAETZKER, *individually*, and | )( |
| JENNIFER WALTON, *individually*, | )( |
| | )( |
| Defendants. | )( |

**CERTIFICATE OF CONFERENCE**

I certify I have conferred in good faith with defendants' counsel Clay Grover and Frank Valenzuela by email the 23rd day of April 2020 and they were Opposed to the relief requested.

/s/ Randall L. Kallinen
Randall L. Kallinen

/s/ Geoffrey T. Blackwell
Geoffrey T. Blackwell