UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

LaShan Arceneaux, et al.

v.    Case Number: 4:17−cv−03234

Klein Oak ISD, et al.

---

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**   by video
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 8/11/2021

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Status Conference


Date:   August 4, 2021

Nathan Ochsner, Clerk