IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARI OLIVER § § *Plaintiffs*, § § v. § § KLEIN INDEPENDENT SCHOOL DIST., § BRET CHAMPION, *Individually*, § BRIAN GREENEY, *Individually*, § THOMAS HENSLEY, *Individually*, § KIMBERLY WALTERS, *Individually*, § LANCE ALEXANDER, *Individually*, § BENJIE ARNOLD, *Individually*, § ANGIE RICHARD, *Individually*, § STEPHEN NAETZKER, *Individually*, § JENNIFER WALTON, *Individually*, § § *Defendants*. § | Civil Action No.: 4:17-cv-3234 JURY TRIAL |

## **ADVISORY TO THE COURT**

Klein Independent School District, Bret Champion, Brian Greeney, Thomas Hensley, Kimberly Walters, Lance Alexander, and Jennifer Walton (collectively, the KISD Defendants) file this Advisory to the Court, as follows:

1. On August 11, 2021, a status conference was held in this matter. All Parties were ordered to inform the Court their position on mediation and whether a mediation with a magistrate judge would be helpful.

2. Having been dismissed from the case and with a ruling on Plaintiff's appeal pending, the KISD Defendants do not intend to mediate or settle this matter.

Respectfully submitted,

ROGERS, MORRIS & GROVER, L.L.P.

_____
CLAY T. GROVER
State Bar No. 08550280
Fed. I.D. No. 15064
cgrover@rmgllp.com
JONATHAN G. BRUSH
State Bar No. 24045576
Fed. I.D. No. 619970
jbrush@rmgllp.com
AMY DEMMLER
State Bar No. 24092337
Fed. I.D. No.  3227731
ademmler@rmgllp.com
5718 Westheimer, Suite 1200
Houston, Texas 77057
Telephone:    713/960-6000
Facsimile:     713/960-6025

*Attorneys for KISD, Bret Champion, Brian Greeney, Thomas Hensley, Kimberly Walters, Jennifer Walton, and Lance Alexander*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 18, 2021, I electronically filed the foregoing with the Clerk of Court and a true and correct copy was served on counsel of record *via* the CM/ECF system and/or electronic mail as follows:

Randall L. Kallinen
KALLINEN LAW PLLC
511 Broadway Street
Houston, Texas 77012

Geoffrey T. Blackwell
American Atheists Legal Center
1220 L St. NW, Suite 100-313
Washington, D.C. 20005

Thomas P. Brandt
Francisco J. Valenzuela
Caroline Sileo
Two Energy Square
4849 Greenville Ave., Suite 1300
Dallas, Texas 75206

*Attorney for KISD, Bret Champion,
Brian Greeney, Thomas Hensley,
Kimberly Walters, Jennifer Walton, and
Lance Alexander*

3