**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **MARI OLIVER,** | )( |
| *Plaintiff,* | )( |
| v. | )( Civil Action No.: 4:17-cv-3234 |
| | )( **(Jury trial)** |
| **KLEIN ISD***, et al.,* | )( |
| *Defendants.* | )( |

## PLAINTIFF'S STATUS OF APPEALS NOTICE

**TO THE HONORABLE LEE H. ROSENTHAL:**

NOW COMES PLAINTIFF MARI OLIVER and files this notice of appeal status and sets forth as follows:

December 15, 2021 the United States Fifth Circuit Court of Appeals decided 10-7 to deny Arnold's motion for rehearing *en banc.* **Exhibit 1**, opinion.

                                                    Respectfully submitted,

                                                    */s/ Randall L. Kallinen*
                                                    Randall L. Kallinen
                                                    Kallinen Law PLLC
                                                    State Bar of Texas No. 00790995
                                                    U.S. Southern District of Texas Bar No.: 19417
                                                    511 Broadway Street
                                                    Houston, Texas 77012
                                                    Telephone:   713.320.3785
                                                    FAX:             713.893.6737
                                                    E-mail:        [AttorneyKallinen@aol.com](mailto:AttorneyKallinen@aol.com)

*Geoffrey T. Blackwell*
Geoffrey T. Blackwell
American Atheists Legal Center
American Atheists, Inc.
1100 15th St. NW, Fourth Floor
Washington, D.C. 20005
Telephone:    908.276.7300, ext. 310
FAX:              908.344.3927
E-mail:          legal@atheists.org

*Attorneys for Plaintiff Mari Oliver*

## CERTIFICATE OF SERVICE

    This is to certify that on the 19th Day of December 2021 I electronically filed the foregoing document with the clerk of the Court for the United States District Court, Southern District of Texas, using the electronic case filing system of the Court, and served this document on all attorneys of record in accordance with Rule 5 of the Federal Rules of Civil Procedure.

*/s/ Randall L. Kallinen*
Randall L. Kallinen