UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

LaShan Arceneaux, et al.

v.                                            Case Number: 4:17−cv−03234

Klein Oak ISD, et al.

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**   by video
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 1/13/2022

**TIME:** 03:30 PM

**TYPE OF PROCEEDING:** Docket Call

Date:   January 3, 2022

Nathan Ochsner, Clerk