**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Mari Leigh Oliver | § | |
| | § | CA NO. 4:17-cv-3234_____ |
| | § | |
| | § | **Lee H. Rosenthal**_____ |
| versus | § | Judge |
| | § | |
| | § | Lisa Eddins____   _____ |
| | § | Case Manager    Court Reporter |
| Benjie Arnold, individually | § | |
| | | _____ |
| | | Proceeding |

**EXHIBIT LIST OF DEFENDANT BENJIE ARNOLD**

| No. | Description | Offr | Obj. | Admit | N/Adm |
|---|---|---|---|---|---|
| 1 | Sociology syllabus [KISD 210-217, 220-221] | | | | |
| 2 | Sociology packet [KISD 126-149] | | | | |
| 3 | Pledge Assignment [KISD 218--219] | | | | |
| 4 | Emails between L. Arceneaux, K. Walters, Plaintiff's counsel, and KISD personnel, including Defendant [KISD 94-95] | | | | |
| 5 | Emails between L. Arceneaux, K. Walters, and Defendant [KISD 96] | | | | |
| 6 | Email from Defendant to K. Walters re: reply to L. Arceneaux and the attached reply [KISD 107-108] | | | | |
| 7 | Email from Defendant to L. Arceneaux and K. Walters [KISD 109] | | | | |
| 8 | Emails between Defendant, L. Arceneaux, and K. Walters re: reply and meeting [KISD 113-114] | | | | |
| 9 | Investigation Report [KISD 121-122] | | | | |
| 10 | Meeting Summary October 6, 2017 [KISD 10-11] | | | | |
| 11 | Defendant's reply to Meeting Summary October 6, 2017 [KISD 153-156] | | | | |
| 12 | Email from Defendant to K. Walters and M. Nesbit re: Ungraded Pledge Assignment [KISD 205] | | | | |
| 13 | L. Arceneaux Skyward access log [KISD 1686-1700] | | | | |
| 14 | Emails between Defendant, L. Arceneaux, K. Walters and other KISD staff [KISD 124-125] | | | | |
| 15 | Meeting Summary – November 2, 2017 [KISD 6-7] | | | | |

| 16 | Defendant's response to Meeting Summary – November 2, 2017 [KISD 2-3, 161-162] | | | | |
| 17 | Plaintiff's Fall 2017 class schedule [KISD 1680] | | | | |
| 18 | Emails between A. Richard and Defendant [KISD 195] | | | | |
| 19 | Email between L. Arceneaux and KISD personnel re: Pledge issue [Pla 93] | | | | |
| 20 | Plaintiff's blog entry dated 12/5/2016 [Pla 76-83] | | | | |
| 21 | Plaintiff's blog entry dated 12/12/2016 [Pla 84-87] | | | | |
| 22 | School Excuse Form [KISD 570] | | | | |
| 23 | Attendance Detail Report [KISD 1560-1561] | | | | |
| 24 | L. Arceneaux statement re:, inter alia, reason for Plaintiff's therapy [KISD 1387-1391] | | | | |
| 25 | A.   Richard statements re: Plaintiff's conduct Senior Year [KISD 1238-1249] | | | | |
| 26 | A.   Richard Witness Statement dated 11/17/17 [KISD 1507] | | | | |
| 27 | A.   Richard Witness Statement dated 12/7/17 [KISD 1492-1493] | | | | |
| 28 | A Richard Witness Statement dated 1/26/18 [KISD 1451] | | | | |
| 29 | Emails between L. Arceneaux and K. Walters dated 10/10/2016 [KISD 1425] | | | | |
| 30 | Email from counselor to Plaintiff's teachers dated 10/12/16 [KISD 483] | | | | |
| 31 | Letter from Kimberly Buckner-Manley, M.A., LPC dated 1/12/2018 [Pla 90-91] | | | | |
| 32 | Medical records from Kimberly Buckner-Manley [Pla 135-156] | | | | |
| 33 | Medical Records from Brownstone Psychiatry [Pla 94-101] | | | | |
| 34 | Medical Records from DePaul University Counseling Services [Pla 157-179] | | | | |
| 35 | 9/20/2017 recording [Pla 70] | | | | |
| 36 | 9/21/2017 recording [Pla 71] | | | | |
| 37 | 10/6/2017 recording [Pla 72] | | | | |
| 38 | Transcripts [Dkt. 126, pages 52-57] | | | | |
| 39 | Transcript of meeting [KISD 5222-5254] | | | | |

**EXHIBIT LIST OF** __DEFENDANT BENJIE ARNOLD_____ **CA NO.** 4:17-cv-3234

| No. | Description | Offr | Obj. | Admit | N/Adm |
|-----|-------------|------|------|-------|-------|
| 40 | Transcript of meeting [KISD 5305-5323] | | | | |
| 41 | Transcript of meeting [KISD 5255-5304] | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

exhibit.lst